BNDPAB,CLOSED

# U.S. District Court
# Southern District of Florida (Ft Lauderdale)
# CRIMINAL DOCKET FOR CASE #: <u>0:26−mj−06079−PAB</u> All Defendants

Case title: USA v. Geno Roefaro

Date Filed: 02/12/2026

Date Terminated: 02/23/2026

Assigned to: Magistrate Judge
Panayotta D. Augustin−Birch

### Defendant (1)

**Geno Roefaro**
41597−512
*YOB 1986; English*
*TERMINATED: 02/23/2026*

represented by **Erica Perdomo**
Stumphauzer Foslid Sloman Ross & Kolaya, PLLC
Two South Biscayne Boulevard
Suite 2550
Miami, FL 33131
305−371−9686
Email: <u>ericaperdomo@quinnemanuel.com</u>
*ATTORNEY TO BE NOTICED*
*Designation: Temporary*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| 18:U.S.C.§1349 CONSPIRACY TO COMMIT HONEST SERVICES WIRE FRAUD; 18:U.S.C.§1343, 1346 HONEST SERVICES WIRE FRAUD; 18:U.S.C.§371 CONSPIRACY TO SOLICIT AND RECEIVE A | |

BRIBE BY AGENT OF
ORGANIZATION RECEIVING
FEDERAL FUNDS;
18:U.S.C.§666(a)(2)and 2
BRIBERY OF AN AGENT OF
ORGANIZATION RECEIVING
FEDERAL FUNDS

**Plaintiff**

**USA**                                              represented by   **Germaine Corprew**
US Attorney's Office
Email: germaine.corprew@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/23/2026 | 8 | ORDER OF REMOVAL ISSUED to District of Southern District of New York as to Geno Roefaro Closing Case for Defendant. Signed by Magistrate Judge Panayotta D. Augustin−Birch on 2/12/2026. *See attached document for full details.* (smy) (Entered: 02/23/2026) |
| 02/23/2026 | 7 | $500,000 50% Cash Bond Entered as to Geno Roefaro Approved by Magistrate Judge Panayotta D. Augustin−Birch. *Please see bond image for conditions of release.* (smy) (Additional attachment(s) added on 2/23/2026: # 1 Restricted Bond with 7th Page) (smy). (Entered: 02/23/2026) |
| 02/12/2026 | 6 | WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS by Geno Roefaro (at) (Entered: 02/12/2026) |
| 02/12/2026 | 5 | Minute Order for proceedings held before Magistrate Judge Panayotta D. Augustin−Birch: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Geno Roefaro held on 2/12/2026. Bond set: Geno Roefaro (1) $500,000 50% CASH BOND. Date of Arrest or Surrender: 2/12/2026. Defendant waives identity hearing in this District, see Waiver. All further proceedings will take place in the Southern District of New York. Order of removal issued. (Digital 11:50:36) (Signed by Magistrate Judge Panayotta D. Augustin−Birch on 2/12/2026). (at) (Entered: 02/12/2026) |
| 02/12/2026 | 4 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Erica Perdomo appearing for Geno Roefaro (at) (Entered: 02/12/2026) |
| 02/12/2026 | 3 | ORDER GRANTING 2 ORE TENUS Motion to Unseal Case as to Geno Roefaro (1). (Signed by Magistrate Judge Panayotta D. Augustin−Birch on 2/12/2026). *(See attached document for full details).* (at) (Entered: 02/12/2026) |
| 02/12/2026 | 2 | **ORE TENUS** MOTION to Unseal Case by USA as to Geno Roefaro. (at) (Entered: 02/12/2026) |
| 02/12/2026 | | Set Hearing as to Geno Roefaro: Initial Appearance − Rule 5(c)(3)/40 set for 2/12/2026 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate Judge. (at) (Entered: 02/12/2026) |

| 02/12/2026 | 1 | Magistrate Judge Removal of Arrest Warrant and Indictment from SOUTHERN DISTRICT OF NEW YORK Case number in the other District 26−CRIM−053 as to Geno Roefaro (1). (at) (at). (Entered: 02/12/2026) |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 26-mj-6079-PAB

United States of America
      Plaintiff,

    v.

Geno Roefaro
      Defendant,
_____/

## ORDER OF REMOVAL

It appearing that in the **Southern District of New York**, an Indictment was filed against the above-named defendant, and that the defendant was arrested in the Southern District of Florida and was given a hearing before United States Magistrate Judge Panayotta Augustin-Birch at Fort Lauderdale, Florida, which officially committed the defendant for removal to the **Southern District of New York**, it is ORDERED AND ADJUDGED that the defendant be removed to the above-named District for trial on said charge.

And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge Panayotta Augustin-Birch for removal and released to **$500,000 50% Cash Bond (secured by personal property of the Defendant)** which was approved by the United States Magistrate Judge Panayotta Augustin-Birch, and it is further ORDERED that the defendant shall appear in the aforesaid District at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bond furnished by the defendant, and it is further ORDERED that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the District where removed.

DONE AND ORDERED at Fort Lauderdale, Florida on 2/12/2026.

_____
Panayotta Augustin-Birch
United States Magistrate Judge

Revised 03/2025

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

APPEARANCE BOND: _____

CASE NO.: __26-mj-6079-PAB_____

UNITED STATES OF AMERICA:

      Plaintiff,

v.                                              USM #: _____

      Defendant,

__Geno Roefaro_____/

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ __500,000 50% (secured by personal property of the Defendant) with Co-signers

## STANDARD CONDITIONS OF BOND

**The conditions of this bond are that the defendant:**

1. Shall appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this Court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the Court has entered an order of dismissal. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the Court shall order otherwise.

2. May not travel outside the Southern District of Florida unless otherwise approved by the Court prior to any such travel. The Southern District of Florida consists of the following counties: Broward, Highlands, Indian River, Martin, Miami-Dade, Monroe, Okeechobee, Palm Beach and St. Lucie.

3. May not change his/her present address without prior notification and approval from the U.S. Probation Officer or the Court.

4. Must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

5. Must not violate any federal, state or local law while on release in this case. Should the defendant come in contact with law enforcement he/she shall notify the U.S. Probation Officer within 72 hours.

5

DEFENDANT: __Geno Roefaro__
CASE NUMBER: __26-mj-6079-PAB__
PAGE TWO

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

X a. Surrender all passports and travel documents, if any, to Pretrial Services and not obtain any travel documents during the pendency of the case;

X b. Report to Pretrial Services as follows: (X) as directed or___ time(s) a week in person and___ time(s) a week by telephone;

X c. Submit to substance abuse testing and/or treatment, contribute to the cost of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

__ d. Refrain from ____excessive OR ___abstain from alcohol use or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 802), without a prescription by a licensed medical practitioner;

X e. Participate in a mental health assessment and/or treatment and contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Officer; *continue treatment with provider.*

__ f. Employment restriction(s): _____

__ g. Maintain or actively seek full-time employment;

__ h. Maintain or begin an educational program;

X i. Avoid all contact with victims or witnesses to the crimes charged, except through counsel. The AUSA shall provide defense counsel and pretrial services with the names of all victims or witnesses. The prohibition against contact does not take effect until defense counsel receives the list. The prohibition against contact applies only to those persons on the list, but the prosecutor may expand the list by sending written notice to defense counsel and pretrial services.;

X j. Avoid all contact with co-defendants and defendants in related cases, except through counsel;

X k. Refrain from possessing a firearm, destructive device or other dangerous weapons and shall surrender (if any), their concealed weapons permit to the U.S. Probation Office;

X l. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any real property they own, until the bond is discharged, or otherwise modified by the Court;

__ m. May not visit commercial transportation establishment: airports, seaport/marinas, commercial bus terminals, train stations, etc.;

__ n. Defendant shall consent to the U.S. Probation Officer conducting periodic unannounced examinations of the defendant's computer equipment at his/her place of employment or on the computer at his/her residence which may include retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection; and consent at the direction of the U.S. Probation Officer to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use;

6

DEFENDANT: Geno Roefaro

CASE NUMBER: 26-mj-6079-PAB

**PAGE THREE**

__ o. **LOCATION MONITORING PROGRAM:** The defendant shall participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.

i) Following the location restriction component **(check one):**

__ (1) **Curfew.** You are restricted to your residence every day (__) from _____ to _____, or (__) as directed by the supervising officer; or

__ (2) **Home Detention.** You are restricted to your residence at all times except employment; education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the supervising officer; or

__ (3) **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or activities specifically approved by the court.

__ (4) **Stand-Alone Monitoring.** You have no residential component (curfew, home detention, or home incarceration) restriction. However, you must comply with the location or travel restrictions as imposed by the court. **Note:** Stand-alone monitoring should be used in conjunction with global positioning system (GPS) or virtual mobile application technology.

ii) Submit to the following location monitoring technology **(check one):**

__ (1) Location monitoring technology as directed by the supervising officer; or

__ (2) GPS; or

__ (3) Radio Frequency; or

__ (4) Voice Recognition; or

__ (5) Virtual Mobile Application. You must allow pretrial services or supervising officer to conduct initial and periodic inspection of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., location services) are unaltered, and 3) no efforts have been made to alter the mobile application.

iii) (__) pay all or part of the cost of the location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the supervising officer.

— p. **RESIDENTIAL RE-ENTRY CENTER:** The defendant shall reside at a residential re-entry center or halfway house and abide by all the rules and regulations of the program. The cost to be paid by ( )Pretrial Services or ( ) based on the defendant's ability to pay. You are restricted to the residential re-entry center/halfway house at all times except for:

( ) employment

( ) education

( ) religious services

( ) medical, substance abuse, or mental health treatment

( ) attorney visits

( ) court appearances

( ) court ordered obligations

( ) reporting to Pretrial Services

( ) other _____

DEFENDANT: _Geno Roefaro_
CASE NUMBER: __26-mj-6079-PAB__
**PAGE FOUR**

___ q. Third-Party Custody: _____will serve as a third-party custodian and will report any violations of the release conditions to the U.S. Probation Officer. Failure to comply with these requirements, the third-party custodian can be subject to the provisions of 18 U.S.C. § 401, Contempt of Court.

___ r. The defendant shall submit his person, property, residence, vehicle, papers, computers, (as defined in 18 U.S.C. 1030(e)(1)), other electronic communication or data storage devices or media, or office, to a search conducted by a United States Probation Officer. The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search must be conducted at a reasonable time and in a reasonable manner.

___ s. **Mandatory Adam Walsh Conditions:** Defendant shall abide by specified restrictions on personal associations, place of abode, or travel, to avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense; report on a regular basis to a designated law enforcement agency, pretrial services agency or other agency; comply with a specified curfew (with electronic monitoring) and refrain from possessing a firearm, destructive device or other dangerous weapons.

___ t. Additional Sex Offense Conditions for Defendants Charged or Convicted of a Sexual Offense:

    1. ( ) Defendant may not have contact with victim(s), or any child under the age of 18, unless approved by the Court or allowed by the U.S. Probation Officer.

    2. ( ) The defendant shall not possess or use any data encryption technique or program and shall provide passwords and administrative rights to the U.S. Probation Officer.

    3. ( ) Defendant shall participate in specialized sex offender evaluation and treatment, if necessary, and to contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Office.

    4. ( ) Defendant shall not possess, procure, purchase or otherwise obtain any internet capable device and/or computer. Additionally, the defendant is prohibited from using another individual's computer or device that has internet capability.

    5. ( ) Defendant is prohibited from establishing or maintaining any email account or social media account. Additionally, the defendant is prohibited from using another individual's email account or social media account. Must provide monthly or upon request, personal phone and credit card billings to Pretrial Services to confirm there are no services with any internet services provider.

    6. ( ) Defendant is not permitted to enter places where children congregate including, but not limited to any play areas, playgrounds, libraries, children-themed restaurants, daycares, schools, amusement parks, carnivals/fairs, unless approved by the U.S. Probation Officer.

    7. ( ) The defendant shall not be involved in any children's or youth organizations.

    8. ( ) Defendant is prohibited from viewing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services.

    9. ( ) The defendant shall participate in a maintenance polygraph examination to periodically investigate the defendant's compliance. The polygraph examination shall specifically address only defendant's compliance or non-compliance with the special conditions of release and shall not inquire into the facts of the pending criminal case against defendant. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

X u. May travel to and from: __SDFL and SDNY__, and must notify Pretrial Services of travel plans before leaving and upon return.

___ v. Comply with the following additional conditions of bond:_____

DEFENDANT: __Geno Roefaro__
CASE NUMBER: __26-mj-6079-PAB__
PAGE FIVE

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, and order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

9

DEFENDANT:  Geno Roefaro
CASE NUMBER:  26-mj-6079-PAB
PAGE SIX

### PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

### SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

#### DEFENDANT

Signed this 12th day of February, 20 26 at Ft. Lauderdale, Florida

Signed and acknowledged before me:                     DEFENDANT: (Signature) _____

WITNESS: _____                              Pompano Beach              Fl
                                                            City                  State

_____   _____
      City               State

#### CORPORATE SURETY

Signed this _____ day of _____, 20 ___ at _____, Florida

SURETY: _____              AGENT: (Signature) _____

                                     PRINT NAME: _____

_____   _____
      City               State

#### INDIVIDUAL SURETIES

Signed this 12 day of Feb, 20 26 at Lauderdale, Florida    Signed this 23 day of FEB, 2026 at FTL, Florida

SURETY: (Signature) Slep                                   SURETY: (Signature) Kad

PRINT NAME: Shannon Donev                                  PRINT NAME: KOSTADIN DONEV

RELATIONSHIP TO DEFENDANT: Spouse                          RELATIONSHIP TO DEFENDANT: FATHER in law

Pompano Beach              FL                              Boca Raton              FLORIDA
      City               State                                  City                  State

Signed this ___ day of _____, 20 ___ at _____, Florida    Signed this ___ day of _____, 20 ___ at _____, Florida

SURETY: (Signature) _____                        SURETY: (Signature) _____

PRINT NAME: _____                                PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____                 RELATIONSHIP TO DEFENDANT: _____

_____   _____                         _____   _____
      City               State                                  City                  State

### APPROVAL BY THE COURT

Date: 2-12-2026

Panayotta Augustin-Birch
UNITED STATES MAGISTRATE JUDGE

Revised 03/2025

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

APPEARANCE BOND: _____

CASE NO.: __26-mj-6079-PAB_____

UNITED STATES OF AMERICA:

Plaintiff,

v.                                                                    USM #: _____

Defendant,

__ Geno Roefaro_____ /

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ __500,000 50% (secured by personal property of the Defendant) with Co-signers

### STANDARD CONDITIONS OF BOND

**The conditions of this bond are that the defendant:**

1. Shall appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this Court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the Court has entered an order of dismissal. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the Court shall order otherwise.

2. May not travel outside the Southern District of Florida unless otherwise approved by the Court prior to any such travel. The Southern District of Florida consists of the following counties: Broward, Highlands, Indian River, Martin, Miami-Dade, Monroe, Okeechobee, Palm Beach and St. Lucie.

3. May not change his/her present address without prior notification and approval from the U.S. Probation Officer or the Court.

4. Must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

5. Must not violate any federal, state or local law while on release in this case. Should the defendant come in contact with law enforcement he/she shall notify the U.S. Probation Officer within 72 hours.

**DEFENDANT:** _Geno Roefaro_

**CASE NUMBER:** _26-mj-6079-PAB_

**PAGE TWO**

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

☒ a. Surrender all passports and travel documents, if any, to Pretrial Services and not obtain any travel documents during the pendency of the case;

☒ b. Report to Pretrial Services as follows: (☒) as directed or___ time(s) a week in person and___ time(s) a week by telephone;

☒ c. Submit to substance abuse testing and/or treatment, contribute to the cost of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

__ d. Refrain from _____ excessive OR ___ abstain from alcohol use or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 802), without a prescription by a licensed medical practitioner;

☒ e. Participate in a mental health assessment and/or treatment and contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Officer; *Continue treatment with provider.*

__ f. Employment restriction(s): _____

__ g. Maintain or actively seek full-time employment;

__ h. Maintain or begin an educational program;

☒ i. Avoid all contact with victims or witnesses to the crimes charged, except through counsel. The AUSA shall provide defense counsel and pretrial services with the names of all victims or witnesses. The prohibition against contact does not take effect until defense counsel receives the list. The prohibition against contact applies only to those persons on the list, but the prosecutor may expand the list by sending written notice to defense counsel and pretrial services.;

☒ j. Avoid all contact with co-defendants and defendants in related cases, except through counsel;

☒ k. Refrain from possessing a firearm, destructive device or other dangerous weapons and shall surrender (if any), their concealed weapons permit to the U.S. Probation Office;

☒ l. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any real property they own, until the bond is discharged, or otherwise modified by the Court;

__ m. May not visit commercial transportation establishment: airports, seaport/marinas, commercial bus terminals, train stations. etc.;

__ n. Defendant shall consent to the U.S. Probation Officer conducting periodic unannounced examinations of the defendant's computer equipment at his/her place of employment or on the computer at his/her residence which may include retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection; and consent at the direction of the U.S. Probation Officer to have installed on the defendant's computer(s). at the defendant's expense, any hardware or software systems to monitor the defendant's computer use;

**DEFENDANT:** Geno Roefaro
**CASE NUMBER:** 26-mj-6079-PAB
**PAGE THREE**

__ o. **LOCATION MONITORING PROGRAM:** The defendant shall participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.

    i) Following the location restriction component (**check one**):

        __ (1) **Curfew.** You are restricted to your residence every day (__) from _____ to _____, or (__) as directed by the supervising officer; or

        __ (2) **Home Detention.** You are restricted to your residence at all times except employment; education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the supervising officer; or

        __ (3) **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or activities specifically approved by the court.

        __ (4) **Stand-Alone Monitoring.** You have no residential component (curfew, home detention, or home incarceration) restriction. However, you must comply with the location or travel restrictions as imposed by the court. **Note:** Stand-alone monitoring should be used in conjunction with global positioning system (GPS) or virtual mobile application technology.

    ii) Submit to the following location monitoring technology (**check one**):

        ___ (1) Location monitoring technology as directed by the supervising officer; or

        __ (2) GPS; or

        __ (3) Radio Frequency; or

        __ (4) Voice Recognition; or

        ___ (5) Virtual Mobile Application. You must allow pretrial services or supervising officer to conduct initial and periodic inspection of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., location services) are unaltered, and 3) no efforts have been made to alter the mobile application.

    iii) (__) pay all or part of the cost of the location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the supervising officer.

— p. **RESIDENTIAL RE-ENTRY CENTER:** The defendant shall reside at a residential re-entry center or halfway house and abide by all the rules and regulations of the program. The cost to be paid by ( )Pretrial Services or ( ) based on the defendant's ability to pay. You are restricted to the residential re-entry center/halfway house at all times except for:

    ( ) employment
    ( ) education
    ( ) religious services
    ( ) medical, substance abuse, or mental health treatment
    ( ) attorney visits
    ( ) court appearances
    ( ) court ordered obligations
    ( ) reporting to Pretrial Services
    ( ) other _____

DEFENDANT:  Geno Roefaro
CASE NUMBER:  26-mj-6079-PAB
**PAGE FOUR**

__ q. Third-Party Custody: _____ will serve as a third-party custodian and will report any violations of the release conditions to the U.S. Probation Officer. Failure to comply with these requirements, the third-party custodian can be subject to the provisions of 18 U.S.C. § 401, Contempt of Court.

__ r. The defendant shall submit his person, property, residence, vehicle, papers, computers, (as defined in 18 U.S.C. 1030(e)(1)), other electronic communication or data storage devices or media, or office, to a search conducted by a United States Probation Officer. The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search must be conducted at a reasonable time and in a reasonable manner.

__ s. **Mandatory Adam Walsh Conditions:** Defendant shall abide by specified restrictions on personal associations, place of abode, or travel, to avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense; report on a regular basis to a designated law enforcement agency, pretrial services agency or other agency; comply with a specified curfew (with electronic monitoring) and refrain from possessing a firearm, destructive device or other dangerous weapons.

__ t. Additional Sex Offense Conditions for Defendants Charged or Convicted of a Sexual Offense.
   1. (  ) Defendant may not have contact with victim(s), or any child under the age of 18, unless approved by the Court or allowed by the U.S. Probation Officer.
   2. (  ) The defendant shall not possess or use any data encryption technique or program and shall provide passwords and administrative rights to the U.S. Probation Officer.
   3. (  ) Defendant shall participate in specialized sex offender evaluation and treatment, if necessary, and to contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Office.
   4. (  ) Defendant shall not possess, procure, purchase or otherwise obtain any internet capable device and/or computer. Additionally, the defendant is prohibited from using another individual's computer or device that has internet capability.
   5. (  ) Defendant is prohibited from establishing or maintaining any email account or social media account. Additionally, the defendant is prohibited from using another individual's email account or social media account. Must provide monthly or upon request, personal phone and credit card billings to Pretrial Services to confirm there are no services with any internet services provider.
   6. (  ) Defendant is not permitted to enter places where children congregate including, but not limited to any play areas, playgrounds, libraries, children-themed restaurants, daycares, schools, amusement parks, carnivals/fairs, unless approved by the U.S. Probation Officer.
   7. (  ) The defendant shall not be involved in any children's or youth organizations.
   8. (  ) Defendant is prohibited from viewing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services.
   9. (  ) The defendant shall participate in a maintenance polygraph examination to periodically investigate the defendant's compliance. The polygraph examination shall specifically address only defendant's compliance or non-compliance with the special conditions of release and shall not inquire into the facts of the pending criminal case against defendant. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

X u. May travel to and from: SDFL and SDNY, and must notify Pretrial Services of travel plans before leaving and upon return.

__ v. Comply with the following additional conditions of bond: _____

DEFENDANT: Geno Roefaro
CASE NUMBER: 26-mj-0079-PAB
PAGE FIVE

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, and order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DEFENDANT: Geno Roefaro
CASE NUMBER: 26-mj-6079-PAB
PAGE SIX

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of this bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this 12 th day of February , 20 26 at Ft. Lauderdale, Florida

Signed and acknowledged before me:

DEFENDANT: (Signature) _____

WITNESS: _____

Pompano Beach _____ FL
City _____ State

City _____ State

### CORPORATE SURETY

Signed this ____ day of _____ , 20 ___ at _____ , Florida

SURETY: _____

AGENT: (Signature) _____

PRINT NAME: _____

City _____ State

### INDIVIDUAL SURETIES

Signed this 12 day of Feb , 20 26 at Ft. Lauderdale Florida

SURETY: (Signature) S.D.

PRINT NAME: Shannon Donev

RELATIONSHIP TO DEFENDANT: Spouse

Pompano Beach _____ FL
City _____ State

Signed this 23 day of FEB , 202 6 at FTL , Florida

SURETY: (Signature) K.D.

PRINT NAME: KOSTADIN DONEV

RELATIONSHIP TO DEFENDANT: Son FATHER in law

Boca Raton _____ FLORIDA
City _____ State

Signed this ____ day of _____ , 20 ___ at _____ , Florida

SURETY: (Signature) _____

PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____

City _____ State

Signed this ____ day of _____ , 20 ___ at _____ , Florida

SURETY: (Signature) _____

PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____

City _____ State

### APPROVAL BY THE COURT

Date: 2-12-2026

_____
Panayotta Augustin-Birch
UNITED STATES MAGISTRATE JUDGE

16

CM/ECF RESTRICTED

DEFENDANT: Geno Roefaro

CASE NUMBER: 26-mj-6079-PAB

PAGE SEVEN

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this 12 day of February, 2026 at Ft. Lauderdale, Florida

Signed and acknowledged before me:

WITNESS: _____

ADDRESS: _____

ZIP: _____

DEFENDANT: (Signature) _____

ADDRESS: 2841 NE 23rd Street

Pompano Beach, FL    ZIP: 33062

TELEPHONE: 561-400-0907

### CORPORATE SURETY

Signed this _____ day of _____, 20 ___ at _____, Florida

SURETY: _____

ADDRESS: _____

ZIP: _____

AGENT: (Signature) _____

PRINT NAME: _____

TELEPHONE: _____

### INDIVIDUAL SURETIES

Signed this 12 day of Feb, 2026 at Ft Lauderdale, Florida

SURETY: (Signature) _____

PRINT NAME: Shannon Donev

RELATIONSHIP TO DEFENDANT: Spouse

ADDRESS: 2841 NE 23rd St

Pompano FL    ZIP: 33062

TELEPHONE: 561-400-5229

Signed this 23 day of FEB, 2026 at FTL, Florida

SURETY: (Signature) _____

PRINT NAME: KOSTADIN DONEV

RELATIONSHIP TO DEFENDANT: FATHER IN LAW

ADDRESS: 31 Pinehurst Ln

Boca Raton, FL    ZIP: 33431

TELEPHONE: 561-441-4550

Signed this _____ day of _____, 20 ___ at _____, Florida

SURETY: (Signature) _____

PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____

ADDRESS: _____

ZIP: _____

TELEPHONE: _____

Signed this _____ day of _____, 20 ___ at _____, Florida

SURETY: (Signature) _____

PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____

ADDRESS: _____

ZIP: _____

TELEPHONE: _____

Case 1:26-mj-00079-PAB-PAB Document 7-1 (Court Only) Docket 02/23/2026 Page 18 of 55





**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No: 26-mj-6079-PAB

United States of America
    Plaintiff,
    v.
                        Charging Districts Case No. 26-cr-053

Geno Roefaro
    Defendant,
_____/

### WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the Southern District of New York

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise C unless I am indicted C to determine whether there is probable cause to believe that an offense has been committed;

(5)    a hearing on any motion by the government for detention;

(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

    ☒ An identity hearing and production of the warrant.

    ☐ A preliminary hearing.

    ☐ A detention hearing in the Southern District of Florida.

    ☐ An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendants Signature

Date: 2/12/2026

_____
Panayotta Augustin-Birch
UNITED STATES MAGISTRATE JUDGE

20

# COURT MINUTES/ORDER

## United States Magistrate Judge Panayotta Augustin-Birch

**Courtroom 203D**                           Date: 2/12/2026   Time: 11:00 a.m.

Defendant: Geno Roefaro (J)          J#: 41597-512   Case #: 26-mj-6079-PAB

AUSA: Nikole Hiciano                              Attorney: Erica Perdomo, Esq.

Violation: CONSPIRACY TO COMMIT HONEST SERVICES WIRE FRAUD; HONEST SERVICES WIRE FRAUD; CONSPIRACY TO SOLICIT AND RECEIVE A BRIBE BY AGENT OF ORGANIZATION RECEIVING FEDERAL FUNDS; BRIBERY OF AN AGENT OF ORGANIZATION RECEIVING FEDERAL FUNDS

Proceeding: Initial Appearance/Rule 5              CJA Appt: _____

Bond/PTD Held: ☐ Yes  ☐ No     Recommended Bond: $500,000 50% Cash Bond

Bond Set at: $500,000 50% Cash Bond          Co-signed by: _____

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____
  Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☑ Other: See bond

Language:  English

**Disposition:**

Defendant present and advised of rights and charges pending in the Southern District of New York.

Defense counsel, Erica Perdomo, Esq., present in court today, for purposes of the Removal Hearing in this District. Temporary Notice of Appearance filed in open court.

**Court accepts and set recommended bond by the Southern District of New York.** Per SDNY and this Court, the bond is secured by personal property of the Defendant. Bond is to be signed by 2 co-signers, within 2 weeks from today.

**Defendant waives Identity Hearing in this District,** see Waiver. All further proceedings will take place in the Southern District of New York.

**Order of Removal issued.**

**NEXT COURT APPEARANCE**  Date: _____  Time: _____  Judge: _____  Place: _____

Report RE Counsel: _____

PTD/Bond Hearing: _____

Prelim/Arraign or Removal: _____

Status Conference RE: _____

D.A.R. 11:50:36                              Time in Court: 30 minutes

**CHECK IF APPLICABLE:** _____ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, l8 USC 3161 et seq..

21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-MJ- 6074

UNITED STATES OF AMERICA,
Plaintiff,

v.

Geno Roefaro

Defendant.

_____/

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

COMES NOW ___Erica Perdomo___ and

files this temporary appearance as counsel for the above named defendant(s) at initial appearance.

This appearance is made with the **understanding** that the undersigned counsel will fulfill any

**obligations imposed** by the Court such as **preparing and filing documents** necessary to

collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): ___Erica Perdomo___

Counsel's Signature: _____

Address (include City/State/Zip Code):

2601 S. Biscayne Blvd. Suite 1500
Miami, FL 33133

Telephone: 305 519.5055         Florida Bar Number: 1054466

Date: 12 Feb. 2026

22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 25-mj-6079-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

Geno Roefaro

      Defendant,

_____/

## ORDER

**THIS CAUSE** came before the Court pursuant to the arrest of the above-named defendant. Being fully advised in the premises, it is hereby **ORDERED** and **ADJUDGED** that this case is unsealed.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida on this 12th day of February 2026.

Dated:

_____
**PANAYOTTA AUGUSTIN-BIRCH**
**UNITED STATES MAGISTRATE JUDGE**

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Germaine Corprew (aline.lacombe@usdoj.gov, caseview.ecf@usdoj.gov,
germaine.corprew@usdoj.gov, usafls-brdkt@usdoj.gov, usafls.ftlscheduler@usdoj.gov),
Magistrate Judge Panayotta D. Augustin-Birch (augustin-birch@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:26364381@flsd.uscourts.gov
Subject:Activity in Case 0:26-mj-06079-PAB USA v. Geno Roefaro Motion to Unseal Case
```
Content−Type: text/html

## U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 2/12/2026 at 2:07 PM EST and filed on 2/12/2026

| | |
|---|---|
| **Case Name:** | USA v. Geno Roefaro |
| **Case Number:** | 0:26−mj−06079−PAB |
| **Filer:** | USA |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
 **ORE TENUS MOTION to Unseal Case by USA as to Geno Roefaro. (at)**

**0:26−mj−06079−PAB−1 Notice has been electronically mailed to:**

Germaine Corprew &nbsp &nbsp germaine.corprew@usdoj.gov, aline.lacombe@usdoj.gov,
CaseView.ECF@usdoj.gov, usafls−brdkt@usdoj.gov, USAFLS.FTLScheduler@usdoj.gov

**0:26−mj−06079−PAB−1 Notice has not been delivered electronically to those listed below and will be
provided by other means. For further assistance, please contact our Help Desk at 1−888−318−2260.:**

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Magistrate Judge Panayotta D. Augustin-Birch
(augustin-birch@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:26362372@flsd.uscourts.gov
Subject:Activity in Case 26-6079 Sealed v. Sealed (Redacted Notice)
Content-Type: text/html
```

## U.S. District Court

### Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 2/12/2026 at 10:15 AM EST and filed on 2/12/2026

**Case Name:** USA v. SEALED

**Case Number:** 0:26−mj−06079−PAB *SEALED*

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**Set Hearing as to Geno Roefaro: Initial Appearance − Rule 5(c)(3)/40 set for 2/12/2026 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate Judge. (at)**

**0:26−mj−06079−PAB *SEALED*−1** No electronic public notice will be sent because the case/entry is sealed.