DOCKET No. 26-cr-53         DEFENDANT Geno Roefaro

AUSA Jessica Greenwood and Matthew J. King    DEF.'S COUNSEL Scott Hartman
☑ RETAINED ☐ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5 ☐ Rule 9 ☐ Rule 5(c)(3) ☐ Detention Hrg.    DATE OF ARREST _____ ☐ VOL. SURR.
TIME OF ARREST _____ ☐ ON WRIT
☐ Other: _____    TIME OF PRESENTMENT _____

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE    ☐ DETENTION: RISK OF FLIGHT/DANGER ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☑ AGREED CONDITIONS OF RELEASE
☑ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $ 500,000 ____ PRB ☑ 2 ____ FRP
☑ SECURED BY $ 250,000 ____ CASH/PROPERTY: Secured by a $250,000 Lien on Defendant's home in Florida
☑ TRAVEL RESTRICTED TO SDNY/EDNY/*see travel condition below
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION: ☐ REGULAR ☐ STRICT ☑ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION ☐ HOME DETENTION ☐ CURFEW ☐ ELECTRONIC MONITORING ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT [OR] ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☑ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: See below
_____; REMAINING CONDITIONS TO BE MET BY: 1 week

## ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:

$500,000 personal recognizance bond; secured by $250,000 lien on defendant's residence in Florida; secured by two financially responsible persons; Pretrial Services supervision as directed; travel to and from SDFL and SDNY/EDNY/DNJ and all points in between for purposes of meetings with counsel and court appearances; other domestic travel for business purposes on pre-approval of Pretrial Services, upon review of proposed itinerary, purposes of meeting, and proposed attendees; surrender travel documents and no new applications; surrender firearms and destructive devices; no contact with co-defendant except in the presence of counsel.

☑ DEF. ARRAIGNED; PLEADS NOT GUILTY      ☑ CONFERENCE BEFORE D.J. ON 3/31/26
☐ DEF. WAIVES INDICTMENT
☑ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL 5/20/2026

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED      ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED      ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____    ☐ ON DEFENDANT'S CONSENT

DATE: 3/31/26

**UNITED STATES DISTRICT JUDGE**