

**quinn emanuel** trial lawyers

295 5th Avenue, New York, New York

APPLICATION GRANTED
SO ORDERED *Vernon Bra*
VERNON S. BRODERICK    No.
U.S.D.J.  05/19/2026

The status conference scheduled for May 20, 2026, as to both defendants, is hereby adjourned to June 24, 2026 at 11:00 a.m. The adjournment is necessary to allow the parties to review the substantial volume of discovery in this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, it is further ordered that the time between May 20, 2026 and June 24, 2026 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

May 18, 2026

**VIA ECF**

Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    United States v. Roefaro, 1:26-cr-53 (VSB), Request for an Order of Continuance

Dear Judge Broderick,

Since the initial pretrial conference in this matter, the Government has produced a large volume of discovery materials. The defense is in the process of reviewing these materials with an eye toward evaluating potential motion practice. We do not, however, expect to have completed that review prior to the next status conference this Wednesday, May 20, 2026. Accordingly, Mr. Roefaro respectfully requests that the conference be adjourned for approximately 30 days. In connection with the requested adjournment, Mr. Roefaro consents to a corresponding exclusion of time under the Speedy Trial Act. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by this continuance outweigh the interests of the public and the defendants in a speedy trial, as the additional time will allow the parties to review the substantial volume of discovery in this matter. The government and defendant Kevin Taylor both consent to this continuance request and corresponding exclusion under the Speedy Trial Act.

Respectfully submitted,

Scott Hartman

cc:    All Counsel (by ECF)

**quinn emanuel urquhart & sullivan, llp**

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH